No. 1408. FICARROTTA *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois;

No. 1409. HESLY *v.* RAGEN, WARDEN; and

No. 1410. TAYLOR *v.* ILLINOIS. Petitions for writs of certiorari to the Supreme Court of Illinois; and

No. 1411. MACHUL *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois. June 16, 1947. Denied.

No. 1412. RUSNAK *v.* RAGEN, WARDEN. June 16, 1947. Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 1413. QUINN *v.* RAGEN, WARDEN. June 16, 1947. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.

No. 1416. EGAN *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois;

No. 1424. MOORE *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Madison County, Illinois;

No. 1425. TENNEY *v.* RAGEN, WARDEN. Petition for writ of certiorari to the Circuit Court of Will County, Illinois; and

No. 1426. BARONIA *v.* ILLINOIS. Petition for writ of certiorari to the Supreme Court of Illinois. June 16, 1947. Denied.